No. 697.   CARPENTER BODY WORKS, INC. *v.* McCULLEY ET AL.   Ct. Civ. App. Tex., 1st Sup. Jud. Dist.   Certiorari denied.   *Wiley B. Thomas, Jr.,* for petitioner.   *Leland B. Kee* for respondents.

No. 708.   AETNA INSURANCE Co. *v.* UNITED STATES. C. A. 3d Cir.   Certiorari denied.   *James M. Marsh* and *J. Harry LaBrum* for petitioner.   *Solicitor General Marshall* and *Acting Assistant Attorney General Roberts* for the United States.

No. 713.   WINDHAM CREAMERY, INC., ET AL. *v.* FREEMAN, SECRETARY OF AGRICULTURE.   C. A. 3d Cir.   Certiorari denied.   *Edward W. Currie* for petitioners.   *Solicitor General Marshall, Assistant Attorney General Douglas, Alan S. Rosenthal* and *Frederick B. Abramson* for respondent.

No. 714.   PAGE, GUARDIAN *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   *Paul N. Cotro-Manes* for petitioner.   *Solicitor General Marshall, Assistant Attorney Douglas* and *Alan S. Rosenthal* for the United States.

No. 715.   ST. LOUIS MAILERS' UNION LOCAL No. 3 *v.* GLOBE-DEMOCRAT PUBLISHING Co.   C. A. 8th Cir.   Certiorari denied.   *Jerome J. Duff* for petitioner.   *Lon Hocker* for respondent.

No. 728.   HENNINGER *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   *Edward S. Barlock* and *Walter L. Gerash* for petitioner.   *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.